```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07747
  VICKI LYNN ROACH
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-0408


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/04/05 and confirmed on 05/11/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $    5400.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| STANDARD BANK & TRUST | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| B FIRST LLC | UNSECURED | 4465.83 | .00 | 731.78 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4624.01 | .00 | 757.70 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2847.32 | .00 | 466.57 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1811.84 | .00 | 296.89 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3282.92 | .00 | 537.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3268.96 | .00 | 535.66 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1928.61 | .00 | 316.03 |
| NEWPORT NEWS FCNB | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 999.71 | .00 | 163.81 |
| B FIRST LLC | UNSECURED | 4736.47 | .00 | 776.13 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 27965.67 | .00 | 27965.67 |
| PRINCIPAL PAID | .00 | .00 | 4582.52 | .00 | 4582.52 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 4582.52 | .00 | 4582.52 |

```
The Debtor's attorney, STUART B HANDELMAN              , was allowed $   2200.00
and was paid $   1600.00  direct and $    600.00  through the plan.

The Trustee received $     217.48 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE